## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARTHUR MACK WOODS JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-19-G** |
| | ) |
| **GREER COUNTY SHERIFF** | ) |
| **DEPARTMENT et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Arthur Mack Woods Jr. filed this federal civil rights action and applied for leave to proceed *in forma pauperis*. On March 30, 2026, Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Doc. No. 9) recommending that Plaintiff's request for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by April 16, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed an objection to the Report and Recommendation or sought additional time to do so.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 9) in its entirety. Plaintiff's Applications for Leave to Proceed *In Forma Pauperis* (Doc. Nos. 6, 8) are DENIED.

2

Plaintiff is advised that unless he pays the $405.00 filing fee in full to the Clerk of the Court within 21 days of the date of this Order, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice.  *See* LCvR 3.3(e).

IT IS SO ORDERED this 23rd day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2